UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, as Trustee, | : |
| Interpleader Plaintiff, | : |
| - against - | : |
| DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC, WATERFALL ASSET MANAGEMENT LLC, THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, STS PARTNERS FUND, LP, BEDFORD CMBS ACQUISITIONS LLC, CEDE & CO., as holder of certain Certificates and nominee name of The Depository Trust Company, and DOES 1 through 50, holders of beneficial interests in the Certificates. | : Case No. 13-CV-5981 (SAS) |
| Interpleader Defendants. | : |

---

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Davidson Kempner Capital Management LLC states that it has no parent company and that no publicly-held corporation owns 10% or more of its stock.

Dated:  November 22, 2013

Respectfully submitted,

**WILLKIE FARR & GALLAGHER LLP**

  /s/ Thomas H. Golden
Thomas Golden
Shireen Hilal
787 Seventh Avenue
New York, NY 10019-6099
(212) 728-8000
tgolden@willkie.com
shilal@willkie.com

*Attorneys for Interpleader Defendants, Counterclaimants, and Crossclaimants Davidson Kempner Capital Management LLC, Waterfall Asset Management, LLC, and STS Partners Fund, LP*