KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

212-506-1700

FACSIMILE: 212-506-1800

MIKE HANIN
212-506-1788
MHANIN@KASOWITZ.COM

ATLANTA
HOUSTON
MIAMI
NEWARK
SAN FRANCISCO

May 12, 2014

**By ECF**

Hon. Shira A. Scheindlin
United States District Court
500 Pearl Street, Room 1610
New York, New York 10007-1312

Re: *Wells Fargo Bank, N.A. v. Davidson Kempner Capital Management LLC, et al.*, No. 13-CV-5981 (SAS)

Dear Judge Scheindlin:

We represent Interpleader Defendants and Counterclaimants Davidson Kempner Capital Management LP, Waterfall Asset Management LLC and STS Partners Fund, LP (collectively, the "DWS parties") in the above matter.

We write to request that the "Appearances" page of Your Honor's May 9, 2014 Opinion and Order be corrected to reflect that myself and my colleague, Henry Bowen Brownstein, are affiliated with the firm of Kasowitz, Benson, Torres & Friedman LLP, whose offices are located at 1633 Broadway, New York, New York 10019, Tel. (212) 506-1700.

The DWS Parties are also represented by Willkie Farr & Gallagher LLP in the action, whose offices are located at 787 Seventh Avenue, New York, NY 10019, Tel. (212) 728-8000.

Respectfully submitted,

Michael A. Hanin

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

Hon. Shira A. Scheindlin
May 12, 2014
Page 2

cc:  Michael E. Johnson (by ECF)
Alston & Byrd, LLP
90 Park Ave.
New York, NY 10016
Tel.: (212) 210-9400
Fax: (212) 210-9444
mjohnson@alston.com
*Attorneys for Wells Fargo Bank, N.A.*

Vincent. E. Bauer (by ECF)
Law Offices of Vincent E. Bauer
516 Fifth Avenue, 12th floor
New York, NY 10036
Tel.: (212) 575-1517
Fax: (212) 764-0900
v.bauer@verizon.net
*Attorneys for The Northwestern Mutual Life Insurance Co.*

Danielle Caroline Lesser (by ECF)
Morrison Cohen Singer & Weinstein, LLP
750 Lexington Avenue
New York, NY 10022
Tel.: (212) 735-8600
Fax: (212) 735-8708
dlesser@morrisoncohen.com
*Attorneys for Bedford CMBS Acquisitions LLC*

Eric P Heichel (by ECF)
Eiseman, Levine, Lehrhaupt & Kakoyiannis, P.C.
805 Third Avenue
10th Floor
New York, NY 10022
Tel.: (212) 752-1000
Fax: (212) 355-4608
eheichel@eisemanlevine.com
*Attorneys for Cede & Co.*